UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| LINDA SLADE, individually and as the representative of a class of similarly situated persons, | : | 20-Cv-10043 (SHS) |
| | : | |
| Plaintiffs, | : | |
| -v- | | ORDER |
| | : | |
| RAW GENERATION INC., | | |
| | : | |
| Defendant. | | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      The initial pretrial conference having been held today via telephone, with counsel for all parties participating,

      IT IS HEREBY ORDERED that the next pretrial conference will be held on March 5, 2021, at 10:00 a.m.

Dated: New York, New York
       February 5, 2021

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.