UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

LINDA SLADE, individually and as the            :        20-Cv-10043 (SHS)
representative of a class of similarly situated
persons,                                        :

                        Plaintiffs,             :
            -v-                                          ORDER

                                                :

RAW GENERATION INC.,

                                                :

                        Defendant.

-------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today via telephone, with counsel for all parties participating,

    IT IS HEREBY ORDERED that:

1.      The last day for the completion of all discovery is June 18, 2021; and

2.      The next pretrial conference will be held on June 18, 2021, at 10:00 a.m.

Dated: New York, New York
       March 5, 2021

                            SO ORDERED:

                            Sidney H. Stein, U.S.D.J.